UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RICHARDSON,<br><br>      Petitioner,<br><br>    vs.<br><br>ROBERT K. WONG,[1] Warden (A), San Quentin State Prison,<br><br>      Respondent. | No. 1:03-cv-05348-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 32] |

  At Docket No. 32 Petitioner Richard Richardson, a state prisoner proceeding *pro se*, has filed a Petition for Issuance of Certificate of Appealability.  This Court previously declined to issue a Certificate of Appealability.  [Docket No. 28.]  To the extent that the Petition for Issuance of Certificate of Appealability is addressed to this Court, Richardson has not provided any basis for this Court to reconsider its prior determination.

  **IT IS THEREFORE ORDERED THAT**, to the extent the Petition for Issuance of Certificate of Appealability at Docket 32 is addressed to this Court, it is **DENIED**; any further request for a Certificate of Appealability must be addressed to the Court of Appeals.[2]

  **IT IS FURTHER ORDERED THAT** the Clerk of the Court is directed to forward the Petition for Issuance of Certificate of Appealability at Docket 32 to the U.S. Court of Appeals for the Ninth Circuit.

  Dated:  July 21, 2009.

                     /s/ James K. Singleton, Jr.
                     JAMES K. SINGLETON, JR.
                     United States District Judge

---

 [1] Robert K. Wong, Warden (A), San Quentin State Prison, is substituted for G.J. Giurbino, Warden, Centinela State Prison.  Fed. R. Civ. P. 25(d).

 [2] *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.